UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
:
NICOLE ROSPOND,                                                    :
                                                                   :   Case No. 23-cv-03045-JLR
                                     Plaintiff,                    :
                                                                   :
    – against –                                                    :
                                                                   :
FEDERAL DEPOSIT INSURANCE CORPORATION                              :
AS RECEIVER FOR SIGNATURE BANK,                                    :
                                                                   :
                                     Defendant.                    :
                                                                   :
-------------------------------------------------------------------x

## NOTICE OF MOTION BY THE FDIC-RECEIVER
## TO STAY ALL JUDICIAL PROCEEDINGS

PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law, the Declaration of Lance J. Gotko, the exhibits thereto, and all prior pleadings and proceedings herein, the Federal Deposit Insurance Corporation ("FDIC"), in its capacity as Receiver for Signature Bank ("FDIC-Receiver"), will move this Court, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, at a date and time to be determined by the Court, for an order staying all judicial proceedings as to all parties (i) pending the completion by Plaintiff of the administrative claims process mandated by the Financial Institutions Reform, Recovery and Enforcement Act ("FIRREA"), as codified at 12 U.S.C. § 1821(d), or (ii) in the alternative, for ninety (90) days pursuant to the mandatory stay provision in 12 U.S.C. § 1821(d)(12)(B).

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 6.1(b), any opposing affidavits and answering memoranda shall be served within fourteen days after service of this motion and the accompanying papers, and any reply affidavits and memoranda of law shall be served within seven days after service of the answering papers.

Dated:  New York, New York
        April 12, 2023

3717774.2

FRIEDMAN KAPLAN SEILER
ADELMAN & ROBBINS LLP

/s/Lance J. Gotko
Lance J. Gotko
John N. Orsini
Alexandra G. Elenowitz-Hess
7 Times Square
New York, NY  10036-6516
lgotko@fklaw.com
jorsini@fklaw.com
aehess@fklaw.com
(212) 833-1100

– and –

FEDERAL DEPOSIT INSURANCE
CORPORATION LEGAL DIVISION
Jeffrey Schmitt, Senior Counsel
Emre N. Ilter, Senior Attorney
3501 Fairfax Drive
Arlington, VA 22226
(703) 562-2173
jschmitt@fdic.gov
eilter@fdic.gov

*Attorneys for FDIC-Receiver*

TO:  All counsel of record (*by ECF*)

The Court GRANTS Defendant's motion to stay.  With Plaintiff's consent, the Court stays this case for **180 days**, or until, **October 23, 2023** to allow Plaintiff to pursue the required statutory claims procedure.  *See* ECF No. 12.  The parties shall file a joint status report by **October 23, 2023**.

Dated: April 24, 2023
New York, New York
**SO ORDERED.**

*[signature: Jennifer Rochon]*
**JENNIFER L. ROCHON**
**United States District Judge**

3717774.2