# SCHWARTZ PERRY & HELLER LLP

3 PARK AVENUE, 27TH FL. NEW YORK, NY 10016
T: 212.889.6565 | F: 212.779.8208 | SPHLEGAL.COM

November 16, 2023

<u>VIA ECF</u>
Honorable Jennifer L. Rochon
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Nicole Rospond v. Federal Deposit Insurance Corporation
As Receiver For Signature Bank</u>
23-CV-03045-JLR

Dear Judge Rochon:

We represent the Plaintiff Nicole Rospond and submit this letter motion with the knowledge and consent of counsel for Defendant seeking that the Conference scheduled for November 30, 2023 at 12pm be rescheduled.

The reason for this request is that both my partner and I have previously scheduled depositions on November 30 and are not available. I have conferred with counsel for Defendant and, subject to the Court's availability, we are available December 7, 2023 and January 3, 4, 5, 2024.

This is the parties first request for a rescheduling of the Conference.

We thank the Court for its consideration.

Respectfully yours,

DAVIDA S. PERRY

DSP/arp
cc: Counsel for Defendant – via ECF

The Court will conduct the **12:00 p.m. November 30, 2023** initial pretrial conference remotely via video. Counsel shall submit an appearance sheet pursuant to Paragraph 2(B) of the Court's Individual Rules and Practices **48 hours** before the conference, and will receive Microsoft Teams log-in credentials at the email addresses provided. The public listen-only line may be accessed by dialing Toll-Free Number: 877-336-1831 | Access Code: 5583342.

Dated: November 17, 2023         SO ORDERED.
New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**